UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **ALONGI, JODELL A.** | ) | Bankruptcy Case No. 16-80839 TML |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 24, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

ALONGI, JODELL A.
134 WEST 3RD STREET, #7
BYRON, IL 61010

JEFFRY A. DAHLBERG
BALSLEY & DAHLBERG, LLP
5130 N. SECOND STREET
LOVES PARK, IL 61111
*(Via ECF Electronic Transmission)*

Patrick Layng
219 S. Dearborn Street
Room 873
Chicago, IL 60604
*(Via ECF Electronic Transmission)*

US Department of Education
Claims Filing Unit
PO Box 8973
Madison, WI 53708-8973

/s/ Debbie M. Harris

JAMES E. STEVENS, Trustee
6833 Stalter Drive
Rockford, IL 61108
Phone: (815) 962-6611
Fax: (815) 962-1758
jstevens@bslbv.com